

2013 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-4-2013

# E End Taxi Ser v. VI Taxi Assn

Precedential or Non-Precedential: Non-Precedential

Docket No. 12-1607

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2013

Recommended Citation

"E End Taxi Ser v. VI Taxi Assn" (2013). *2013 Decisions.* Paper 1253.
http://digitalcommons.law.villanova.edu/thirdcircuit_2013/1253

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2013 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

No. 12-1607
_____

EAST END TAXI SERVICES, INC.

v.

VIRGIN ISLANDS TAXI ASSOCIATION, INC,

Appellant.

On Appeal from the District Court
of the Virgin Islands – Appellate Division
(Division of St. Thomas)
District Court No. 03-cv-000146
District Judge:  Honorable Stanley S. Brotman

Before:  SMITH, HARDIMAN and ROTH, <u>Circuit Judges</u>

(Opinion filed January 31, 2013)

<u>**ORDER AMENDING OPINION**</u>

**IT IS ORDERED** that the not precedential opinion in the above case, filed on

January 31, 2013, be amended as follows:

**On page 18,** delete the extra period after the word "one".

 **On page 2**, delete the "9" after "§ 1613a" – cite should read "§ 1613a(c)".


<u>/s/ JANE R. ROTH</u>
Circuit Judge

Dated: February 4, 2013
Smw/cc:     Mark D. Hodge, Esq.

1

Terri L. Griffiths, Esq.
Lee J. Rohn, Esq.